**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

THOMAS WEAVER,
    Plaintiff,

vs.                                      CASE NO. 4:03cv364-SPM/AK

RONALD SARGENT, et al.,
    Defendants.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated June 17, 2005 (doc. 13).  Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 13) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed without prejudice for failure to prosecute.

DONE AND ORDERED this 1st day of September, 2005.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge